1
2
3
4
5
6
7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **CHARLES JONES,**                    Case No. 1:12-cv-01938-MJS

                                 Petitioner,  **ORDER DENYING MOTION TO STAY**
13                                            **AND MOTION TO ADD CLAIMS**

14       **v.**                              **(Docs. 16, 19)**

15   **PEOPLE OF THE STATE OF**
     **CALIFORNIA, et al.,**
16
                                 Respondents.
17

18

19          Petitioner's petition for writ of habeas corpus was dismissed as successive on

20   March 7, 2013. After the matter was closed, Petitioner filed a motion to stay the matter

21   while he filed claims in the California Supreme Court, and a motion to add claims. As the

22   petition was dismissed as successive, this Court may only proceed with leave from the

23   Ninth Circuit. (See ECF No. 6.) Neither of Petitioner's motions seek to obtain such relief

24   from the Ninth Circuit. Accordingly, Petitioner's motions are DENIED.

25

26   IT IS SO ORDERED.

27       Dated:   March 5, 2014            /s/ *Michael J. Seng*

28                                         UNITED STATES MAGISTRATE JUDGE

                                      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28